IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL BRADSHAW and ROBERT BRADSHAW, individually and as decedent Kristian Bradshaw's successors in interest,<br><br>           Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES,<br><br>           Defendant.[1] | 2:09-cv-01059-GEB-JFM<br><br><br><br><br><u>RULE 16 ORDER</u> |

       The status (pretrial scheduling) conference scheduled for August 24, 2009, will be rescheduled since Plaintiffs' state in the Status Report they filed on July 20, 2009, that Defendant was just served on July 6, 2009, and Defendant does not appear to have participated in the Plaintiffs' proposed schedule for this case.

       Plaintiffs failed to justify in their Status Report keeping Doe defendants in their complaint, notwithstanding the warning in the Order filed April 20, 2009, that absence justification, the doe

---

[1] The caption has been amended since this Order dismisses the doe defendants.

1

1 | allegations would be dismissed.  Therefore, Does 1 through 50 are
2 | dismissed.
3 |         Further, Plaintiffs failed to indicate when Defendant is
4 | likely to respond to Plaintiffs' complaint, so that a status
5 | conference could be scheduled in this action after this occurs.  It is
6 | assumed that the status conference, now scheduled for August 24, 2009,
7 | should be rescheduled to a date in October 2009.
8 |         Therefore, the status conference scheduled for August 24,
9 | 2009, is rescheduled to commence at 9:00 a.m. on October 19, 2009.  A
10 | joint status report shall be filed no later than fourteen days before
11 | the status conference.
12 | Dated:  August 19, 2009

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge