IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAQUEL BRADSHAW and ROBERT   )
C. BRADSHAW, individually and as  )
decedent Kristian Bradshaw's   )
successors in interest,      )
                        )    2:09-cv-01059-GEB-JFM
         Plaintiffs,      )
                        )    ORDER RE: SETTLEMENT
       v.               )    AND DISPOSITION
                        )
                        )
THE UNITED STATES, and DOES 1   )
through 50, inclusive,       )
                        )
         Defendants.      )
_____)

        On October 2, 2009 Defendant filed a Notice of Settlement
in which Defendant states: "the parties have reached a settlement
[and] request[] that 30 days be provided for the filing of the
dispositional documents, which are being prepared."  Therefore, a
dispositional document shall be filed no later than October 31, 2009.
Failure to respond by this deadline may be construed as consent to
dismissal of this action without prejudice, and a dismissal order
could be filed.  See L.R. 16-160(b) ("A failure to file dispositional
papers on the date prescribed by the Court may be grounds for
sanctions.").

1

        The status conference scheduled for October 19, 2009 is
continued to commence at 9:00 a.m. on December 14, 2009, in the event
that no dispositional document is filed, or if this action is not
otherwise dismissed.  Further, a joint status report shall be filed
fourteen days prior to the status conference.[1]

        IT IS SO ORDERED.

Dated:  October 8, 2009

                            GARLAND E. BURRELL, JR.
                            United States District Judge

---

        [1]   The status conference will remain on calendar, because
the mere representation that an action has been settled does not
justify discontinuance of keeping scheduled a scheduling
proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)
(indicating that a representation that claims have been settled
does not necessarily establish the existence of a binding
settlement agreement).