United States Attorney
J. EARLENE GORDON
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2991

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL BRADSHAW, and<br>ROBERT C. BRADSHAW,<br>individually and as decedent<br>Kristian Bradshaw's successors in interest,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES, and<br>DOES 1 through 50, inclusive,<br><br>Defendant. | 2:09-cv-01059-GEB-JFM<br><br>**SETTLEMENT STIPULATION;**<br>**RELEASES, DISMISSAL,** and<br>**ORDER** |

It is hereby stipulated by and between Plaintiffs Raquel Bradshaw and Robert C. Bradshaw, individually and as decedent Kristian Bradshaw's successors in interest ("Plaintiffs") and Defendant, the United States of America (with Plaintiffs, "the Parties"), and their undersigned attorneys as follows:

1. The Parties hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

2. The United States agrees to pay the sum of Two Hundred Forty-five Thousand and no/100 Dollars ($245,000.00) to Plaintiffs, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and

SETTLEMENT STIPULATION; RELEASES, DISMISSAL, ORDER

1  by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries,
2  damage to property and the consequence thereof, resulting, and to result, from the subject matter of
3  this action, including any claims for wrongful death, which Plaintiffs or their heirs, executors,
4  administrators, successors or assigns, and each of them, now have or may hereafter acquire against
5  the United States, its agents, servants, and employees.

6        3. Plaintiffs (and on behalf of their heirs, executors, administrators, successors or assigns),
7  for and in consideration of the payment of the sum set forth in paragraph 2, do hereby agree to
8  RELEASE, ACQUIT AND FOREVER DISCHARGE Defendant United States and its agents,
9  servants, employees, officers, elected officials, citizens, and attorneys from any and all claims,
10  demands, rights, causes of action and damages of whatsoever kind and nature, including claims for
11  wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and
12  unforeseen bodily and personal injuries, damage to property and the consequences thereof which
13  they may have or hereafter acquire against the United States, its agents, servants, and employees on
14  account of the same subject matter that gave rise to this action, including any future claim or lawsuit
15  of any kind or type whatsoever, whether known or unknown, and whether for compensatory or
16  exemplary damages. Plaintiffs and their heirs, executors, administrators, or assigns further agree
17  to reimburse, indemnify and hold harmless the United States and its agents, servants and employees
18  from and against any and all causes of action, claims, liens, rights, or subrogated or contribution
19  interests incident to or resulting from further litigation or the prosecution of claims arising from the
20  subject matter of this action.

21        4. Plaintiffs' undersigned attorney represents that he has explained, and Plaintiffs warrant
22  and represent that they intend, that this Stipulation shall release all existing and future claims arising
23  directly or indirectly from the acts or omissions that gave rise to the above-captioned action,
24  including claims that are unknown and unforeseen, notwithstanding Section 1542 of the Civil Code
25  of the State of California, which provides as follows:

> A general release does not extend to claims which the creditor does
> not know or suspect to exist in his favor at the time of executing
> [this] Release, which if known by him must have materially affected
> his settlement with the debtor.

5. This Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States or its agents, servants, or employees, and it is specifically denied that they are liable to Plaintiffs. This settlement is entered into by all Parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

6. The Parties agree that they will each bear their own costs, fees, and expenses; that any attorney's fees owed by Plaintiffs will be paid out of the settlement amount and not in addition thereto; and that all outstanding or future bills and liens will be the sole responsibility of Plaintiffs. Pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

7. ==The undersigned Plaintiffs further acknowledge and agree that they have not relied upon the advice of the Defendant or its agents, representatives or attorneys concerning the tax or other legal implications of any amount paid pursuant to this Agreement, and Plaintiffs agree and promise that they will be responsible for payment in full of any federal, state or local income tax or other employee tax, if any, which may be assessed with respect to any amount paid pursuant to this Settlement.==

8. Payment of the settlement amount will be made by check payable to Plaintiffs and their attorney, C. Brooks Cutter, Esq. Plaintiffs' attorney agrees to distribute the settlement proceeds, and to obtain a dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs and expenses.

9. The Parties and their undersigned attorneys agree to execute and deliver such other and further documents as may be required to carry out the terms of this Agreement.

10. Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the person[s] on whose behalf he or she is signing to the terms of the Stipulation.

11. Each person signing this Stipulation warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals. This Stipulation may not be altered, amended, modified, or

otherwise changed in any respect, except by a writing duly executed by the party to be charged. All prior oral understandings, agreements, and writings are superseded by this Stipulation and are of no force or effect.

    12. Each person executing this Stipulation represents that he or she has read and understands its contents; that he or she executes this Stipulation voluntarily; that he or she has not been influenced by any person acting on behalf of any party.

    13. The above-captioned action is hereby DISMISSED WITH PREJUDICE in its entirety and, upon approval by the Court as provided below, the Clerk of the Court is requested to enter this dismissal and release in the official docket.

Date: 10/12/2009          /s/ Raquel Bradshaw
                                 RAQUEL BRADSHAW
                                 Plaintiff

Date: 10/12/2009          /s/ Robert C. Bradshaw
                                 ROBERT C. BRADSHAW
                                 Plaintiff

Date: 10/05/2009          /s/ C. Brooks Cutter
                                 C. BROOKS CUTTER
                                 Attorney for Plaintiffs

                                 LAWRENCE G. BROWN
                                 United States Attorney

Date: 10/20/2009          /s/ J. Earlene Gordon
                       By:  J. EARLENE GORDON
                                 Assistant U.S. Attorney
                                 Attorney for Defendant United States

1
2
3                               **ORDER**

4  IT IS SO ORDERED.

5  Dated:   October 30, 2009
6
7                               _____
                                GARLAND E. BURRELL, JR.
8                               United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28